# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLANDO GARCIA,** | CASE NO. 4:21-cv-8574-YGR |
| Plaintiff, | |
| vs. | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| **SUN-HAYWARD, LLC** | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred *sua sponte* to the Honorable Jon S. Tigar to consider whether it is related to *Hernandez v. Esa Abdulla Ahmed, et al.*-JST, 21-cv-1984-JST.

**IT IS SO ORDERED.**

Dated: June 14, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**