CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 FAX
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Sun-Hayward, LLC,** a Virginia Limited Liability Company, <br><br> Defendant. | **Case:** 4:21-cv-08574-JST <br><br> **Plaintiff's Notice of Voluntary Dismissal of Defendant Without Prejudice** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 5, 2023                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Naomi Butler
                                          Naomi Butler, Esq.
                                          Attorney for Plaintiff

1